IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,                             Civil Action File No.
                                              1:22-cv-00529-TCB

v.

HARBOR FREIGHT TOOLS, INC.,
a Foreign Profit Corporation,
d/b/a Harbor Freight,

      Defendant.
_____/

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: September 18, 2022

By:   */s/ Emilia A. Quesada*                    */s/ Matthew N. Pope*
       Emilia A. Quesada, Esq.                 Matthew N. Pope, Esq.
       Georgia Bar No. _____              Georgia Bar No. 584216
       equesada@smgqlaw.com            matt@mpopelaw.com

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
1200 Brickell Avenue, Ste. 500
Miami, Florida 33131
Telephone: (305) 377-1000

*Attorneys for Defendant*

**MATTHEW N. POPE, P.C.**
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Tel. (706) 324-2521

*Attorneys for Plaintiff*

## **<u>ORDER</u>**

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2021.

_____

UNITED STATES DISTRICT JUDGE